■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BROWNE, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Richmond County (Sangiorgio, J.), rendered April 14, 1983, convicting him of manslaughter in

the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant's guilt was established by direct as well as circumstantial evidence that was sufficient to eliminate all innocent hypotheses (*People v Kennedy,* 47 NY2d 196, 202). The evidence included a statement defendant made to a detective on the telephone, essentially admitting that he stabbed the victim. A proper foundation was laid for introduction of this statement, upon which the jury could conclude that defendant was the speaker (*People v Lynes,* 49 NY2d 286, 291-292). Defendant was not in custody and, in any event, volunteered the inculpatory statement; hence no *Miranda* warnings were required (*Miranda v Arizona,* 384 US 436, 478; *People v Rodney P.,* 21 NY2d 1).

We have examined defendant's other contentions and have found them to be without merit. Mollen, P. J., Gibbons, Thompson and Bracken, JJ., concur.